# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　§
Janelle Gedmin　　　　§　　Case No. 08-23180
　　　　§
　　　Debtor(s)　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/01/2008 . The undersigned trustee was appointed on 09/23/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

　　4. The trustee realized gross receipts of　　　　$　　34,074.25

　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 15,513.70 |
| Bank service fees | 463.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　$ | 18,097.47 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/15/2009 and the deadline for filing governmental claims was 04/15/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,872.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,872.60 , for a total compensation of $ 3,872.60 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.46 , for total expenses of $ 14.46 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2015            By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 08-23180 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Janelle Gedmin | | | | Date Filed (f) or Converted (c): | 09/01/2008 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2008 |
| For Period Ending: | 07/18/2015 | | | | Claims Bar Date: | 04/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash

    Cash on hand | 250.00 | 250.00 | | 0.00 | FA |
| 2. Bank Account

    Harris checking account | 900.00 | 900.00 | | 0.00 | FA |
| 3. Household Goods Furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 4. Wearing Apparel | 750.00 | 750.00 | | 0.00 | FA |
| 5. Vehicle

    2005 Saturn Vue | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6. Other Litigation

    Pending lawsuit based on harrassment/Janelle Gedmin and North American Safety Products Case No 08 C 337 | Unknown | 1.00 | OA | 34,074.25 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $12,400.00   $12,401.00       $34,074.25   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Inherited case from M. Berland. Evaluating stream of payments re chapter 11 distribution - Joji Takada 11/30/2014

Remaining payments abandoned back to debtor because current funds deposited enough to pay creditors with filed proofs of claim, special counsel fees, accountant fees, taxes and estate expenses and commissions - Joji Takada 3/14/2015

Tax returns filed and estate taxes paid; Waiting for 60 day prompt determination; Special counsel contingency fee approved. - Joji Takada 4/14/2015

Initial Projected Date of Final Report (TFR): 09/01/2016      Current Projected Date of Final Report (TFR): 09/01/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 08-23180  
Case Name: Janelle Gedmin  
Taxpayer ID No: XX-XXX0545  
For Period Ending: 07/18/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9751  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8337 | Transfer of Funds | 9999-000 | $24,049.44 | | $24,049.44 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $24,039.44 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.27 | $24,007.17 |
| 03/30/15 | 6 | North American Safety Products Inc. | Installment payment from chapter 11 defendant re sexual harassment litigation | 1149-000 | $4,867.75 | | $28,874.92 |
| 03/30/15 | 6 | North American Safety Products Inc. | Installment payment from chapter 11 defendant re sexual harassment litigation | 1149-000 | $4,867.75 | | $33,742.67 |
| 04/01/15 | 10001 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment Illinois tax for year ending March 31, 2015 | 2820-000 | | $381.00 | $33,361.67 |
| 04/01/15 | 10002 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0148 | Bankruptcy Estate Tax Payment Federal estate tax for year end December 31, 2014 | 2810-000 | | $448.00 | $32,913.67 |
| 04/01/15 | 10003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment State estate tax for year end December 31, 2014 | 2820-000 | | $624.00 | $32,289.67 |
| 04/01/15 | 10004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment State estate tax for YE December 31, 2013 | 2820-000 | | $431.00 | $31,858.67 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.62 | $31,822.05 |
| 04/18/15 | 10005 | Karen Doran 1005 S Wheaton Ave Wheaton, IL 60189 | Administrative Expense Payment of contingency fee to special counsel | 3210-000 | | $13,629.70 | $18,192.35 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.82 | $18,150.53 |

Page Subtotals: $33,784.94   $15,634.41

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-23180 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Janelle Gedmin | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9751 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0545 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/18/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.99 | $18,123.54 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.07 | $18,097.47 |

| | | | |
|---|---:|---:|---|
| COLUMN TOTALS | $33,784.94 | $15,687.47 | |
| Less: Bank Transfers/CD's | $24,049.44 | $0.00 | |
| Subtotal | $9,735.50 | $15,687.47 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $9,735.50 | $15,687.47 | |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $53.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-23180 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Janelle Gedmin | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX1369 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0545 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/18/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | 6 | North American Safety Products | Payment from Chapter 11 | 1149-000 | $4,867.75 | | $4,867.75 |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,857.75 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,847.75 |
| 11/05/13 | 6 | North American Safety Products | Payment form Chapter 11 case | 1129-000 | $4,867.75 | | $9,715.50 |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,705.50 |
| 12/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,695.50 |
| 01/07/14 | 6 | North American Safety Products | Payment from Chapter 11 | 1149-000 | $4,867.75 | | $14,563.25 |
| 01/08/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.29 | $14,552.96 |
| 02/06/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $13.12 | $14,539.84 |
| 03/05/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $13.94 | $14,525.90 |
| 04/07/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $15.42 | $14,510.48 |
| 04/09/14 | 6 | North American Safety Products | Payment under chapter 11 | 1129-000 | $4,867.75 | | $19,378.23 |
| 05/08/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $18.41 | $19,359.82 |
| 06/04/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $20.56 | $19,339.26 |

Page Subtotals:    $19,471.00    $131.74

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 08-23180 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Janelle Gedmin | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX1369 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0545 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $19.87 | $19,319.39 |
| 07/09/14 | 6 | North American Safety Products | Payment form Chapter 11 case | 1149-000 | $4,867.75 | | $24,187.14 |
| 08/05/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $24.18 | $24,162.96 |
| 09/04/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $25.66 | $24,137.30 |
| 09/29/14 | 1001 | Joji Takada, Trustee of Janelle Gedmin | Transfer of all funds to successor Joji Takada was appointed successor trustee after Michael Berland resigned. trustee | 9999-000 | | $24,137.30 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,338.75 | $24,338.75 |
| Less: Bank Transfers/CD's | $0.00 | $24,137.30 |
| Subtotal | $24,338.75 | $201.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,338.75 | $201.45 |

Page Subtotals:    $4,867.75    $24,207.01

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**  Exhibit B

| | |
|---|---|
| Case No: 08-23180 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Janelle Gedmin | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8337 |
| | Checking |
| Taxpayer ID No: XX-XXX0545 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/14 | | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Bank balance from Michael Berland, former chapter 7 trustee | 9999-000 | $24,137.30 | | $24,137.30 |
| 10/14/14 | 100001 | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Reversal Posted disbursement rather than deposit | 9999-000 | | ($24,137.30) | $48,274.60 |
| 10/14/14 | 100001 | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Bank deposit from Michael Berland, former chapter 7 trustee to case | 9999-000 | | $24,137.30 | $24,137.30 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.36 | $24,119.94 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.70 | $24,085.24 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.80 | $24,049.44 |
| 01/26/15 | | Transfer to Acct # xxxxxx9751 | Transfer of Funds | 9999-000 | | $24,049.44 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $24,137.30 | $24,137.30 |
| Less: Bank Transfers/CD's | $24,137.30 | $24,049.44 |
| Subtotal | $0.00 | $87.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $87.86 |

| | | |
|---|---:|---:|
| Page Subtotals: | $24,137.30 | $24,137.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1369 - Checking Account | $24,338.75 | $201.45 | $0.00 |
| XXXXXX8337 - Checking | $0.00 | $87.86 | $0.00 |
| XXXXXX9751 - Checking | $9,735.50 | $15,687.47 | $18,097.47 |
|  | $34,074.25 | $15,976.78 | $18,097.47 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $34,074.25 |
| Total Gross Receipts: | $34,074.25 |

Page Subtotals:                    $0.00            $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-23180  
Debtor Name: Janelle Gedmin  
Claims Bar Date: 4/15/2009  

Date: July 18, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $3,872.60 | $3,872.60 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $14.46 | $14.46 |
| 100 2810 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0148 | Administrative | | $0.00 | $0.00 | $448.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $0.00 | $1,436.00 |
| 100 3210 | Karen Doran<br>1005 S Wheaton Ave<br>Wheaton, IL 60189 | Administrative | | $0.00 | $13,629.70 | $13,629.70 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,676.50 | $1,676.50 |
| 100 3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Citibank Na As Trustee For The Student Loan Corp.<br>C/O Citibank (South Dakota), Na<br>701 E. 60Th Street North<br>Sioux Falls, Sd 57117 | Unsecured | | $0.00 | $3,385.29 | $3,385.29 |
| 2 300 7100 | Discover Bank/Dfs Services Llc<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,041.83 | $5,041.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-23180  
Debtor Name: Janelle Gedmin  
Claims Bar Date: 4/15/2009  

Date: July 18, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999 8200 | Janelle Gedmin c/o 20357 Grand Prairie Lane Frankfort, IL 60423 | Unsecured | | $0.00 | $2,848.26 | $2,848.26 |
| | Case Totals | | | $0.00 | $30,468.64 | $32,352.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-23180  
Case Name: Janelle Gedmin  
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 18,097.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 3,872.60 | $ 0.00 | $ 3,872.60 |
| Trustee Expenses: Joji Takada | $ 14.46 | $ 0.00 | $ 14.46 |
| Attorney for Trustee Fees: Karen Doran | $ 13,629.70 | $ 13,629.70 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,676.50 | $ 0.00 | $ 1,676.50 |
| Other: Department of Treasury | $ 448.00 | $ 448.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 1,436.00 | $ 1,436.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,563.56

Remaining Balance $ 12,533.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,427.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank Na As Trustee For The Student Loan Corp. | $ 3,385.29 | $ 0.00 | $ 3,385.29 |
| 2 | Discover Bank/Dfs Services Llc | $ 5,041.83 | $ 0.00 | $ 5,041.83 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,427.12 |
| Remaining Balance | $ 4,106.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 2.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,258.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,848.26 .