# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
                                    §
Janelle Gedmin                      §    Case No. 08-23180
                                    §
                                    §
          Debtor                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,600.00                          Assets Exempt: 4,800.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,720.23          Claims Discharged
                                                    Without Payment: 0.00

Total Expenses of Administration: 21,540.34

---

3) Total gross receipts of $ 34,074.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,813.68 (see **Exhibit 2**), yielded net receipts of $ 31,260.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,656.34 | 21,540.34 | 21,540.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,427.12 | 8,427.12 | 9,720.23 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 28,083.46 | $ 29,967.46 | $ 31,260.57 |

    4)  This case was originally filed under chapter 7 on  09/01/2008 .  The case was pending for 91 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2016                    By:/s/Joji Takada, Chapter 7 Trustee
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation | 1129-000 | 9,735.50 |
| Other Litigation | 1149-000 | 24,338.75 |
| **TOTAL GROSS RECEIPTS** | | **$34,074.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Janelle Gedmin | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,813.68 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,813.68** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,323.56 | 2,323.56 | 2,323.56 |
| Michael Berland | 2100-000 | NA | 1,549.04 | 1,549.04 | 1,549.04 |
| Joji Takada | 2200-000 | NA | 14.46 | 14.46 | 14.46 |
| Associated Bank | 2600-000 | NA | 173.77 | 173.77 | 173.77 |
| Congressional Bank | 2600-000 | NA | 201.45 | 201.45 | 201.45 |
| The Bank of New York Mellon | 2600-000 | NA | 87.86 | 87.86 | 87.86 |
| Department of Treasury | 2810-000 | NA | 0.00 | 448.00 | 448.00 |
| Illinois Department of Revenue | 2820-000 | NA | 0.00 | 1,436.00 | 1,436.00 |
| Karen Doran | 3210-000 | NA | 13,629.70 | 13,629.70 | 13,629.70 |
| Callero and Callero LLP | 3410-000 | NA | 1,676.50 | 1,676.50 | 1,676.50 |
| Callero and Callero LLP | 3420-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,656.34 | $ 21,540.34 | $ 21,540.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank Na As Trustee For The Student Loan Corp. | 7100-000 | NA | 3,385.29 | 3,385.29 | 3,385.29 |
| 2 | Discover Bank/Dfs Services Llc | 7100-000 | NA | 5,041.83 | 5,041.83 | 5,041.83 |
| | Citibank Na As Trustee For The Student Loan Corp. | 7990-000 | NA | NA | NA | 519.46 |
| | Discover Bank/Dfs Services Llc | 7990-000 | NA | NA | NA | 773.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,427.12 | $ 8,427.12 | $ 9,720.23 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 08-23180 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Janelle Gedmin | | | | Date Filed (f) or Converted (c): | 09/01/2008 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2008 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 04/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash  Cash on hand | 250.00 | 250.00 | | 0.00 | FA |
| 2. Bank Account  Harris checking account | 900.00 | 900.00 | | 0.00 | FA |
| 3. Household Goods Furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 4. Wearing Apparel | 750.00 | 750.00 | | 0.00 | FA |
| 5. Vehicle  2005 Saturn Vue | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6. Other Litigation  Pending lawsuit based on harrassment/Janelle Gedmin and North American Safety Products Case No 08 C 337 | Unknown | 1.00 | OA | 34,074.25 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $12,400.00 | $12,401.00 | | $34,074.25 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Inherited case from M. Berland.  Evaluating stream of payments re chapter 11 distribution - Joji Takada 11/30/2014

Remaining payments abandoned back to debtor because current funds deposited enough to pay creditors with filed proofs of claim, special counsel fees, accountant fees, taxes and estate expenses and commissions - Joji Takada 3/14/2015

Tax returns filed and estate taxes paid; Waiting for 60 day prompt determination; Special counsel contingency fee approved. - Joji Takada 4/14/2015

TFR filed and approved; Distribution made; Trustee waiting for checks to clear. - Joji Takada 9/24/2015

TDR in process. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 09/01/2016        Current Projected Date of Final Report (TFR): 09/01/2016

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-23180 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Janelle Gedmin | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX9751 |
| | | Checking |
| Taxpayer ID No: XX-XXX0545 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8337 | Transfer of Funds | 9999-000 | $24,049.44 | | $24,049.44 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $24,039.44 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.27 | $24,007.17 |
| 03/30/15 | 6 | North American Safety Products Inc. | Installment payment from chapter 11 defendant re sexual harassment litigation | 1149-000 | $4,867.75 | | $28,874.92 |
| 03/30/15 | 6 | North American Safety Products Inc. | Installment payment from chapter 11 defendant re sexual harassment litigation | 1149-000 | $4,867.75 | | $33,742.67 |
| 04/01/15 | 10001 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment Illinois tax for year ending March 31, 2015 | 2820-000 | | $381.00 | $33,361.67 |
| 04/01/15 | 10002 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0148 | Bankruptcy Estate Tax Payment Federal estate tax for year end December 31, 2014 | 2810-000 | | $448.00 | $32,913.67 |
| 04/01/15 | 10003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment State estate tax for year end December 31, 2014 | 2820-000 | | $624.00 | $32,289.67 |
| 04/01/15 | 10004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment State estate tax for YE December 31, 2013 | 2820-000 | | $431.00 | $31,858.67 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.62 | $31,822.05 |
| 04/18/15 | 10005 | Karen Doran 1005 S Wheaton Ave Wheaton, IL 60189 | Administrative Expense Payment of contingency fee to special counsel | 3210-000 | | $13,629.70 | $18,192.35 |

Page Subtotals: $33,784.94   $15,592.59

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23180 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Janelle Gedmin | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX9751 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX0545 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $41.82 | $18,150.53 |
| 06/05/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $26.99 | $18,123.54 |
| 07/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $26.07 | $18,097.47 |
| 09/25/15 | 10006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 |  | $2,323.56 | $15,773.91 |
| 09/25/15 | 10007 | Michael Berland<br>1 N LaSalle, Suite 1775<br>Chicago, IL 60602 | Final distribution per court order.<br>Split of trustee commission with prior trustee Michael Berland. | 2100-000 |  | $1,549.04 | $14,224.87 |
| 09/25/15 | 10008 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 |  | $14.46 | $14,210.41 |
| 09/25/15 | 10009 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 |  | $1,676.50 | $12,533.91 |
| 09/25/15 | 10010 | Citibank Na As Trustee For The Student Loan Corp.<br>C/O Citibank (South Dakota), Na<br>701 E. 60Th Street North<br>Sioux Falls, Sd 57117 | Final distribution per court order. |  |  | $3,904.75 | $8,629.16 |
|  |  |  | ($519.46) | 7990-000 |  |  |  |
|  |  | Citibank Na As Trustee For The Student Loan Corp. | Final distribution per court order.  ($3,385.29) | 7100-000 |  |  |  |
| 09/25/15 | 10011 | Discover Bank/Dfs Services Llc<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. |  |  | $5,815.48 | $2,813.68 |
|  |  |  | ($773.65) | 7990-000 |  |  |  |

| | | Page Subtotals: | $0.00 | $15,378.67 |
| --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010)   *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-23180 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Janelle Gedmin | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9751 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0545 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Discover Bank/Dfs Services Llc | Final distribution per court order. ($5,041.83) | 7100-000 | | | |
| 09/25/15 | 10012 | Janelle Gedmin c/o 20357 Grand Prairie Lane Frankfort, IL 60423 | Distribution of surplus funds to debtor. | 8200-002 | | $2,813.68 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,784.94 | $33,784.94 |
| Less: Bank Transfers/CD's | $24,049.44 | $0.00 |
| Subtotal | $9,735.50 | $33,784.94 |
| Less: Payments to Debtors | $0.00 | $2,813.68 |
| Net | $9,735.50 | $30,971.26 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,813.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-23180  
Case Name: Janelle Gedmin  
Taxpayer ID No: XX-XXX0545  
For Period Ending: 02/12/2016  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX1369  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/13 | 6 | North American Safety Products | Payment from Chapter 11 | 1149-000 | $4,867.75 | | $4,867.75 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,857.75 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,847.75 |
| 11/05/13 | 6 | North American Safety Products | Payment form Chapter 11 case | 1129-000 | $4,867.75 | | $9,715.50 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,705.50 |
| 12/05/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,695.50 |
| 01/07/14 | 6 | North American Safety Products | Payment from Chapter 11 | 1149-000 | $4,867.75 | | $14,563.25 |
| 01/08/14 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $10.29 | $14,552.96 |
| 02/06/14 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $13.12 | $14,539.84 |
| 03/05/14 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $13.94 | $14,525.90 |
| 04/07/14 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $15.42 | $14,510.48 |
| 04/09/14 | 6 | North American Safety Products | Payment under chapter 11 | 1129-000 | $4,867.75 | | $19,378.23 |
| 05/08/14 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $18.41 | $19,359.82 |

Page Subtotals: $19,471.00  $111.18

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-23180  
Case Name: Janelle Gedmin  
Taxpayer ID No: XX-XXX0545  
For Period Ending: 02/12/2016  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX1369  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/14 | | Congressional Bank  6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $20.56 | $19,339.26 |
| 07/03/14 | | Congressional Bank  6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $19.87 | $19,319.39 |
| 07/09/14 | 6 | North American Safety Products | Payment form Chapter 11 case | 1149-000 | $4,867.75 | | $24,187.14 |
| 08/05/14 | | Congressional Bank  6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $24.18 | $24,162.96 |
| 09/04/14 | | Congressional Bank  6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | BANK SERVICE FEE | 2600-000 | | $25.66 | $24,137.30 |
| 09/29/14 | 1001 | Joji Takada, Trustee of Janelle Gedmin | Transfer of all funds to successor  Joji Takada was appointed successor trustee after Michael Berland resigned.  trustee | 9999-000 | | $24,137.30 | $0.00 |

|  | COLUMN TOTALS | $24,338.75 | $24,338.75 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $24,137.30 |
|  | Subtotal | $24,338.75 | $201.45 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $24,338.75 | $201.45 |

Page Subtotals: $4,867.75  $24,227.57

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-23180 |
| Case Name: | Janelle Gedmin |
| Taxpayer ID No: | XX-XXX0545 |
| For Period Ending: | 02/12/2016 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8337 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/14 | | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Bank balance from Michael Berland, former chapter 7 trustee | 9999-000 | $24,137.30 | | $24,137.30 |
| 10/14/14 | 100001 | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Reversal Posted disbursement rather than deposit | 9999-000 | | ($24,137.30) | $48,274.60 |
| 10/14/14 | 100001 | Estate of Janelle Gedmin, 08-23180 | Funds re Trustee Reassignment Bank deposit from Michael Berland, former chapter 7 trustee to case | 9999-000 | | $24,137.30 | $24,137.30 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.36 | $24,119.94 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.70 | $24,085.24 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.80 | $24,049.44 |
| 01/26/15 | | Transfer to Acct # xxxxxx9751 | Transfer of Funds | 9999-000 | | $24,049.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,137.30 | $24,137.30 |
| Less: Bank Transfers/CD's | $24,137.30 | $24,049.44 |
| Subtotal | $0.00 | $87.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $87.86 |

Page Subtotals:   $24,137.30   $24,137.30

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1369 - Checking Account | $24,338.75 | $201.45 | $0.00 |
| XXXXXX8337 - Checking | $0.00 | $87.86 | $0.00 |
| XXXXXX9751 - Checking | $9,735.50 | $30,971.26 | $0.00 |
|  | $34,074.25 | $31,260.57 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $34,074.25 |
| Total Gross Receipts: | $34,074.25 |

Page Subtotals:                                    $0.00                    $0.00